UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDER A DE LA TORRE HARO,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ, ET AL,<br>Respondent. | Case No. 2:26-cv-03037-TLF<br>ORDER |

On September 10, 2026, petitioner filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 9. Parties have consented to the jurisdiction of a magistrate judge. Dkt. 8. Petitioner was released from immigration detention on September 9, 2026. It appears that no issue remains for the Court's determination.

It is ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

Dated this 11th day of September, 2026.

Theresa L. Fricke

Theresa L. Fricke
United States Magistrate Judge